IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TASCH,

    *Plaintiff,*

v.                                                    Case No.: 5:25cv355-MW/MJF

MATTHEW DILL, *et al.*,

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. Plaintiff's proposed second amended complaint, ECF No. 14, is **STRICKEN** as a legal nullity, and Plaintiff's pending motion requesting additional copies of court filings, ECF No. 13, is **DENIED as moot.** The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules,

based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history." The Clerk shall close the file.

SO ORDERED on April 16, 2026.

s/Mark E. Walker
United States District Judge

2